IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

LISA Y. HENDERSON,
Acting Regional Director
of the Tenth Region of the
NATIONAL LABOR RELATIONS
BOARD, for and on behalf of
the NATIONAL LABOR RELATIONS
BOARD,

      Petitioner,

v.                      Civil Action No: 5:16-06307

GREENBRIER VMC, LLC,
d/b/a Greenbrier Valley
Regional Medical Center,

      Respondent.

## JUDGMENT ORDER

By Memorandum Opinion and Order entered on September 20, 2016, the court declined to grant preliminary injunctive relief under §10(j) of the National Labor Relations Act. All claims by Petitioner against Respondent are **DISMISSED** and the Clerk is directed to close this case.

The Clerk is directed to send a copy of this Judgment Order to counsel of record and any unrepresented party.

**IT IS SO ORDERED** this 8th day of January, 2019.

                                  ENTER:

                                  David A. Faber
                                  Senior United States District Judge